IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Riadi, Erik | Case Number: 07 B 00309 |
|---|---|---|
| | Yosephine, Lydia | Judge: Wedoff, Eugene R |
| | Printed: 3/4/08 | Filed: 1/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 17, 2008
Confirmed: February 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,520.03 |  |
| Secured: |  | 1,330.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 189.15 |
| Other Funds: |  | 0.00 |
| Totals: | 3,520.03 | 3,520.03 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,000.00 | 2,000.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 10,972.21 | 1,330.88 |
| 3. | Illinois Dept of Revenue | Priority | 331.00 | 0.00 |
| 4. | Capital One | Unsecured | 498.25 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 356.75 | 0.00 |
| 6. | Short Term Loans LLC | Unsecured | 657.64 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 267.59 | 0.00 |
| 8. | Cache Inc | Unsecured | 1,764.75 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 888.22 | 0.00 |
| 10. | Donald L Newman & Associates | Unsecured | 5,617.89 | 0.00 |
| 11. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 12. | Credit Collection | Unsecured | | No Claim Filed |
| 13. | Citibank Federal Savings Bank | Unsecured | | No Claim Filed |
| 14. | T Mobile USA | Unsecured | | No Claim Filed |
| 15. | Collect America | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Pay Day Loan | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Encore | Unsecured | | No Claim Filed |
| 21. | Weltman Weinberg | Unsecured | | No Claim Filed |
| 22. | Allen & Associates | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,354.30 | $ 3,330.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Riadi, Erik | Case Number: 07 B 00309 |
|---|---|---|
| | Yosephine, Lydia | Judge: Wedoff, Eugene R |
| | Printed: 3/4/08 | Filed: 1/9/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 7.56 |
| 5.4% | 181.59 |
| | _____ |
| | $ 189.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

